## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, DAVID ADAMS and CHRIS GREGORY, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>        Defendant. | Civil Action No.: 06-cv-00643<br><br>The Honorable Gary L. Lancaster<br><br>United States District Court Judge |

## ORDER

AND NOW, this __17th__ day of __Nov__, 2006, after consideration of

the Motion to Dismiss as a Named Plaintiff brought on behalf of Chris Gregory it is

hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED and

that named Plaintiff, Chris Gregory, is hereby dismissed from the above-captioned matter

without prejudice.

_____
Gary L. Lancaster
United Stated District Court Judge