UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, DAVID ADAMS and CHRIS GREGORY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-cv-00643<br><br>The Honorable Gary L. Lancaster<br><br>United States District Court Judge |

**ORDER**

AND NOW, this 17th day of _____, 2006, after consideration of the Motion to Dismiss as a Named Plaintiff brought on behalf of David Adams it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED and that named Plaintiff, David Adams, is hereby dismissed from the above-captioned matter without prejudice.

Gary L. Lancaster
United Stated District Court Judge