UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-643<br><br>The Honorable Gary L. Lancaster<br>United States District Court Judge |

### ~~~~~~~~ SCHEDULING ORDER FOR FINDINGS OF FACT REGARDING CLASS CERTIFICATION

AND NOW, this 13TH day of April, 2007, it is ORDERED that the parties shall comply with the following Scheduling Order for the provision of findings of fact regarding class certification as follows:

1. Plaintiffs shall provide Defendant with their Proposed Findings of Fact Regarding Class Certification on or before April 30, 2007.

2. Defendant's Response to Plaintiffs' Proposed Findings of Fact Regarding Class Certification shall be provided to Plaintiffs on or before May 14, 2007.

3. Plaintiffs shall provide their Response to Defendant's additional Proposed Findings of Fact Regarding Class Certification on or before May 21, 2007.

4. The parties shall file the completed findings on May 23, 2007.

By the Court,

_____ J.
Judge Gary L. Lancaster

cc: All Parties