UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-643<br><br>The Honorable Gary L. Lancaster<br>United States District Court Judge |

**ORDER**

AND NOW, this 23rd day of May, 2007, after consideration of the Motion to Dismiss as a Named Plaintiff brought on behalf of Scott Tull it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED and that named Plaintiff, Scott Tull, is hereby dismissed from the above-captioned matter without prejudice.

_____
Gary L. Lancaster
United Stated District Court Judge