UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-643<br><br>The Honorable Gary L. Lancaster<br>United States District Court Judge |

**ORDER**

AND NOW, this ___5th___ day of ___July___, 2007, after consideration of the Motion to Correct brought on behalf of Scott Tull it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED and that named Plaintiff, Scott Tull, is hereby dismissed from the above-captioned matter with prejudice.

_____
Gary L. Lancaster
United States District Court Judge