# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE QUADREL, NICHOLAS STEFANOU, SCOTT TULL, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GNC FRANCHISING, L.L.C.,<br><br>Defendant. | Civil Action No.: 06-643<br><br>The Honorable Gary L. Lancaster<br>United States District Court Judge |

## ORDER

AND NOW, this 9th day of July, 2007, after consideration of the Motion to Dismiss as a Named Plaintiff brought on behalf of Leslie Quadrel, it is hereby ORDERED, ADJUDGED and DECREED that such Motion is GRANTED and that named Plaintiff, Leslie Quadrel, is hereby dismissed from the above-captioned matter with prejudice.

_____
Gary L. Lancaster
United Stated District Court Judge